# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 79 WM 2021

               Respondent         :

                  v.            :

MICHAEL STYERS,                 :

               Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED, WITHOUT PREJUDICE** to Petitioner to seek similar relief via a PCRA petition.